## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Austin Black Elk | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 18-cv-3255 DWF/LIB |
| Nancy Johnston, Minnesota Attorney General, Jane and John Does, Paul Schnell, Tony Lourey, Keith Ellison, Kelly Lyn Mitchell | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff Austin Black Elk's objections (Doc. No. [13]) to Magistrate Judge Leo I. Brisbois's June 4, 2019 Report and Recommendation are **OVERRULED**.

2. Magistrate Judge Leo I. Brisbois's June 4, 2019 Report and Recommendation (Doc. No. [12]) is **ADOPTED**.

3. This matter is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted as follows:

    a. The claim that it is a constitutional violation to comply with sex offender treatment as a condition of release is **DISMISSED WITHOUT PREJUDICE**.

    b. All other claims are **DISMISSED WITH PREJUDICE.**

4. Plaintiff Austin Black Elk's application to proceed *in forma pauperis* [Doc. No. 2] is **DENIED AS MOOT**.

| | |
|---|---|
| Date: 8/27/2019 | KATE M. FOGARTY, CLERK |
| | s/Kayla Schnierle |
| | (By)   Kayla Schnierle, Deputy Clerk |